LAW OFFICES OF AMY N. TIRRE
AMY N. TIRRE, ESQ.  #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
Telephone:  (775) 828-0909
Facsimile:   (775) 828-0914
E-mail:  amy@amytirrelaw.com

Attorneys for Defendant Bank of America, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FLORAME DELOS REYES LU DO, an individual, and as the Court-Appointed Personal Representative of the Estate of CAYETANO LU DO, a deceased individual, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., d/b/a BANK OF AMERICA CORPORATION, a Delaware Corporation; WELLS FARGO BANK, N.A., a California corporation; and ROE COMPANIES I-X, inclusive, <br><br> Defendants. | Case No. 2:14-cv-01553-GMN-VCF <br><br> **BANK OF AMERICAN, N.A.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br> **(First Request)** |

Defendant Bank of America, N.A. ("BANA"), by and through its counsel, Law Offices of Amy N. Tirre, APC, respectfully requests the Court to enter an order extending the time allowed for BANA to file its response to the Complaint up to and including October 14, 2014.  In support thereof, BANA states as grounds:

1. Plaintiff, FLORAME DELOS REYES LU DO, filed the Complaint on August 21, 2014.

2. BANA was served with the Complaint on September 10, 2014.

3. Undersigned counsel was retained by BANA on or about September 30, 2014.

-1-

4. In order to evaluate the factual allegations stated in the Complaint, research its records, and determine the circumstances involved, BANA requires additional time to file its response.

5. BANA's counsel contacted counsel for Plaintiffs on September 30, 2014, to request an extension of time until October 14, 2014 for BANA to file its response to the Complaint. Counsel for Plaintiff agreed to the relief sought herein.

6. The foregoing Motion is filed in good faith and not for dilatory or other improper purposes. No other request for extension of time has been filed.

WHEREFORE, BANK OF AMERICA, N.A., respectfully requests this Court to enter an Order granting an extension up until October 14, 2014 for BANA to file its response to the Complaint.

DATED: October 7, 2014.   LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation

/s/ Amy N. Tirre
Amy N. Tirre, Esq.

IT IS SO ORDERED.

UNITED STATES ~~DISTRICT~~ JUDGE
　　　　　　　　　　Magistrate
DATED: October 9, 2014

-2-

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Law Offices of Amy N. Tirre, APC, that I am over the age of 18 and not a party to the above-referenced case, and that on October 7, 2014, I filed and served the foregoing document as indicated:

__X__  **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

Keen L. Ellsworth, Esq.
keen@silverstatelaw.com

Kent F. Larsen, Esq.
kfl@slwlaw.com

___  **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the Document listed above via courier service to the persons at the addresses set forth below.

___  **BY MAIL**: by placing the document listed above in a sealed envelope with Postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on 7 October 2014, with postage thereon fully prepaid in the ordinary course of business.

DATED: October 7, 2014.

/s/ Genevieve DeLucchi
An Employee of Law Offices of Amy N. Tirre, APC

**LAW OFFICES OF AMY N. TIRRE**
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

-3-