ELLSWORTH & ASSOCIATES, LTD.
Keen L. Ellsworth, Esq.
Nevada Bar No. 4981
777 N Rainbow Blvd., Ste 270
Las Vegas, NV  89107-1185
Telephone: (702) 767-9987
Facsimile: (702) 658-2502
Email: wynter@silverstatelaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA – SOUTHERN DIVISION

| | |
|---|---|
| FLORAME DELOS REYES LU DO, an individual, and as the Court-Appointed Personal Representative of the Estate of CAYETANO LU DO, a deceased individual;<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA N.A., d/b/a BANK OF AMERICA CORPORATION, a Delaware corporation; WELLS FARGO BANK, N.A., a California corporation; and ROE COMPANIES I-X, inclusive;<br><br>Defendants. | Case No.: 2:14-cv-01553-GMN-VCF<br>Judge:  Honorable Gloria M. Navarro<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST DEFENDANT, BANK OF AMERICA N.A., D/B/A/ BANK OF AMERICA CORPORATION, A DELAWARE CORPORATION WITHOUT PREJUDICE** |

Plaintiff, FLORAME DELOS REYES LU DO, an individual, and as the Court-Appointed Personal Representative of the Estate of CAYETANO LU DO, a deceased individual, by and through her counsel of record, Keen L. Ellsworth, Esq., of the law firm of Ellsworth & Associates, Ltd., ("Plaintiff"), and Defendant, BANK OF AMERICA N.A., a Delaware corporation, incorrectly named in the *Complaint* as "Bank of America, N.A., d/b/a Bank Of America Corporation", by and through its counsel of

record, James B. Ball, Esq., of the law firm of Poli & Ball, P.L.C., ("Defendant"), and hereby stipulate as follows:

1. All claims asserted (or which could have been asserted) by Plaintiff in the above-captioned action against Defendant, shall be dismissed, without prejudice; and

2. Plaintiff and Defendant shall each bear their own attorney's fees and costs in connection with this action.

DATED this 23rd day of June, 2016.                    DATED this 23rd day of June, 2016.

**ELLSWORTH & ASSOCIATES, LTD.**                **POLI & BALL, P.L.C.**

By:  /s/ KEEN L. ELLSWORTH, ESQ.                By:   /s/ JAMES B. BALL, ESQ.
Keen L. Ellsworth, Esq.                                        James B. Ball, Esq.
Nevada Bar No. 4981                                            Nevada Bar No. 5212
777 N Rainbow Blvd., Ste 270                            400 South 4th St, Ste 500
Las Vegas, NV  89107-1185                                Las Vegas, NV  89101-6207
Telephone: (702) 767-9987                                  Telephone: (702) 380-8095
Facsimile: (702) 658-2502                                    Facsimile: (702) 380-3001
Email: wynter@silverstatelaw.com                    Email: ball@poliball.com
*Counsel for Plaintiff*                                           *Counsel for Defendant, Bank of America*

## ORDER

**IT IS SO ORDERED.**

Dated this __27__ day of June, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE